HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
GABRIEL JOSEPH DETRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>GABRIEL JOSEPH DETRANT<br>Defendant. | Case No. 2:22-cr-00244-TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: February 23, 2023<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Haddy Abouzeid, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Hannah R. Labaree, attorney for GABRIEL JOSEPH DETRANT, that the status conference, currently scheduled for February 23, 2023, be continued to March 16, 2023 at 9:30 a.m.

To date, the government has produced close to 400 pages of discovery. The defense needs additional time to conduct investigation and legal research related to the charges and to sentencing, and to confer with her client regarding both. The parties therefore request a T4 exclusion of time for defense investigation and to ensure continuity of counsel until March 16, 2023.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 16, 2023; pursuant to 18 U.S.C.

§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  February 15, 2023

                        HEATHER E. WILLIAMS
                        Federal Defender

                        */s/ Hannah R. Labaree*
                        HANNAH R. LABAREE
                        Assistant Federal Defender
                        Attorney for Defendant
                        GABRIEL JOSEPH DETRANT

Dated:  February 15, 2023

                        PHILLIP A. TALBERT
                        United States Attorney

                        */s/ Haddy Abouzeid*
                        HADDY ABOUZEID
                        Assistant U.S. Attorney
                        Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 16, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 23, 2023 status conference shall be continued until March 16, 2023, at 9:30 a.m.

Dated: February 16, 2023

Troy L. Nunley
United States District Judge