PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL JOSEPH DETRANT,<br><br>Defendant. | CASE NO. 2:22-CR-00244-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 20, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 20, 2023.

2. On April 3, 2023, this matter transferred from the docket of District Judge Troy L. Nunley to District Judge Daniel J. Calabretta. Given the reassignment, all dates previously set were vacated.

3. By this stipulation, defendant now moves to continue the status conference until April 27, 2023, at 9:30 a.m., and to exclude time between April 20, 2023, and April 27, 2023, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case

includes investigative reports and related documents in electronic form including approximately 300 pages of documents, numerous photographs, and multiple audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)    Counsel for defendant desires additional time to consult with their client, review the discovery, conduct investigation and research related to the charge, discuss potential resolutions with their client, prepare pretrial motions, and otherwise prepare for trial.

      c)    Counsel for defendant and the government desire additional time to explore and further research legal issues relevant to sentencing in this matter.

      d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)    The government does not object to the continuance.

      f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 20, 2023 to April 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated:  April 7, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ HADDY ABOUZEID<br>HADDY ABOUZEID<br>Assistant United States Attorney |
| Dated:  April 7, 2023 | /s/ HANNAH LABAREE<br>HANNAH LABAREE<br>Counsel for Defendant<br>GABRIEL JOSEPH DETRANT |

## ORDER

IT IS SO FOUND AND ORDERED this 10th day of April, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE