HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
GABRIEL DETRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL DETRANT,<br><br>Defendant. | Case No. 2:22-cr-00244-DJC<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND CONVERT TO CHANGE OF PLEA**<br><br>Date: April 27, 2023<br>Time: 9:00 a.m.<br>Judge: Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Heather Williams, Federal Defender, through Assistant Federal Defender Hannah Labaree, attorneys for Gabriel Detrant, and Phillip A. Talbert, United States Attorney through Haddy Abouzeid, Assistant United States Attorney, attorneys for Plaintiff, that the status conference scheduled for April 27, 2023, at 9:00 a.m. be continued to May 11, 2023 at 9:00 a.m. and converted to a Change of Plea hearing.

Defense counsel needs further time to confer with her client about the proposed plea offer and his options regarding resolution of the case. This includes discussion related to the Sentencing Guidelines and their application to the defendant's case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 11, 2023, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

-1-

| | |
|---|---|
| Dated:  April 25, 2023 | HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Hannah Labaree*<br>HANNAH LABAREE<br>Assistant Federal Defender<br>Attorney for Defendant<br>GABRIEL DETRANT |
| Dated:  April 25, 2023 | PHILLIP A. TALBERT<br>United States Attorney<br><br>*/s/ Haddy Abouzeid*<br>HADDY ABOUZEID<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 11, 2023, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).

**It is further ordered** the April 27, 2023 status conference shall be converted to a Change of Plea and take place on May 11, 2023, at 9:00 a.m.

Dated: April 25, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE