HANNAH LABAREE, #294338
Attorney
2121 Broadway, # 188976
Sacramento, CA 95818
Tel: 916-287-3375
hlabaree@proton.me

Attorney for Defendant
GABRIEL DETRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00244-DJC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) |
| GABRIEL DETRANT, | ) Date: February 15, 2024<br>) Time: 9:00 A.M.<br>) Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Haddy Abouzeid, attorney for Plaintiff and Hannah R. Labaree, attorney for GABRIEL JOSEPH DETRANT, that the status conference, currently scheduled for February 15, 2024, be continued to February 22, 2024, at 9:00 a.m.

To date, the government has produced close to 400 pages of discovery. Because of the passage of time since the date of Mr. Detrant's initial entry of plea because of the motions work at CR 46, 61, the defense needs additional time to review the discovery and conduct investigation and legal research related to the charges and to sentencing, and to confer with her client regarding both. The parties therefore request a T4 exclusion of time for defense investigation and to ensure continuity of counsel until February 22, 2024.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 22, 2024; pursuant to 18 U.S.C.

28 §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: February 12, 2024                    Respectfully Submitted,
                                            */s/Hannah Labaree*
                                            HANNAH LABAREE
                                            Attorney for Gabriel Detrant

Dated: February 12, 2024                    Respectfully Submitted,
                                            */s/Haddy Abouzied*
                                            HADDY ABOUZEID
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of February, 2024.

Dated: February 12, 2024                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE