HANNAH LABAREE, #294338
Attorney
2121 Broadway, # 188976
Sacramento, CA  95818
Tel: 916-287-3375
hlabaree@proton.me

Attorney for Defendant
GABRIEL DETRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2: 22-cr-244-DJC |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| GABRIEL DETRANT, | ) | Date: February 22, 2024<br>Time: 9:00 A.M.<br>Judge: Hon. Daniel J. Calabretta |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Haddy Abouzeid, attorney for Plaintiff and Hannah R. Labaree, attorney for GABRIEL JOSEPH DETRANT, that the status conference, currently scheduled for February 22, 2024, be continued to March 14, 2024 at 9:00 a.m.

To date, the government has produced close to 400 pages of discovery. Because of the passage of time since the date of Mr. Detrant's initial entry of plea because of the motions work at CR 46, 61, the defense needs additional time to review the discovery and conduct investigation and legal research related to the charges and to sentencing, and to confer with her client regarding both. The parties therefore request a T4 exclusion of time for defense investigation and to ensure continuity of counsel until March 14, 2024, at 9:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 14, 2024; pursuant to 18 U.S.C. 28

§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  February 20, 2024                    Respectfully Submitted,
                                             */s/Hannah Labaree*
                                             HANNAH LABAREE
                                             Attorney for Gabriel Detrant

Dated:  February 20, 2024                    Respectfully Submitted,
                                             */s/Haddy Abouzied*
                                             HADDY ABOUZEID
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 14, 2024, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)[reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the February 22, 2024 status conference shall be continued until March 14, 2024, at 9:00 a.m.

Dated:  February 21, 2024              /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE