HANNAH LABAREE, #29338
Attorney
2121 Broadway, # 188976
Sacramento, CA  95818
Tel: 916-287-3375
hlabaree@proton.me

Attorney for Defendant
GABRIEL DETRANT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22-cr-00244-DJC |
| Plaintiff, | **ORDER** |
| vs. | |
| GABRIEL DETRANT, | Judge: Daniel J. Calabretta |
| Defendant. | |

**IT IS HEREBY ORDERED** that the Request to Seal: 1) Exhibit A containing medical information, and 2): the Addendum to the Sentencing Memorandum, be granted so that this information is not available on the public docket. The records are to be provided to the Court and Government counsel.

These documents shall remain under seal until further Order of the Court.

Dated:  May 6, 2024           /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE