UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 17, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

GABRIEL JOSEPH DETRANT,

Defendant.

Case No. 2:22-cr-00244-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release GABRIEL JOSEPH DETRANT, Case No. 2:22-cr-00244-DJC, Charge 21 U.S.C. §3583, from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____________

____ Unsecured Appearance Bond $ ____________

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): Time Served as of 9/17/2026

Issued at Sacramento, California on September 17, 2026, at 10:30 a.m.

By: /s/ Daniel J. Calabretta

District Judge Daniel J. Calabretta